HOTEL EDISON CORPORATION, Appellant, v. DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 269 App. Div. 656.]

ANGELINA RIVERA, an Infant, by CARMEN RIVERA, Guardian ad Litem, et al., Respondents, v. THIRD AVENUE TRANSIT CORPORATION, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HYMAN LEFF, Respondent, v. HARRY LUCKS et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS ROTH, Appellant, et al., Defendants.—Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDWARD SCHAINMAN, Appellant, v. 1384 BROADWAY, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Probate of the Will of LEWIS A. WALLACE, Deceased. MABEL WALLACE, Appellant; LEONHARD A. KEYES, Respondent.— Decree and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [184 Misc. 448.]

GABRIEL NADER, Appellant, v. JUSTINE LAMBERT, Respondent.— Judgment, insofar as it sets aside the verdict of the jury in the sum of $1,000 in favor of plaintiff against the defendant and directs a verdict in favor of defendant against the plaintiff dismissing the second cause of action on the merits and insofar as it is in favor of defendant and against the plaintiff for the sum of $122 costs and disbursements, reversed without costs, and the said verdict reinstated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to affirm. Insofar as the judgment dismisses the first and third causes of action it is unanimously affirmed, without costs. No opinion. Settle order on notice.

GRACE FOSTER et al., Respondents, v. LOUIS KLEIN, Defendant, and DAVID ROSENZWEIG, Appellant.— Judgment unanimously reversed and a new trial ordered as to the defendant-appellant, with costs to said appellant to abide the event on the ground that the jury's verdict as to him was contrary to the weight of the credible evidence. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.